# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN P. CARR, et al. | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2875-S-BT |
| UNITED STATES OF AMERICA, et al. | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiffs' motions (ECF Nos. 64, 65, 67, 71, 73, 76, 79, 83, 84, and 85) are **DENIED**.

Further, the Court warns Plaintiff Brian P. Carr that if he continues to file documents that urge the same arguments already considered by the Court, the Court may find that he is a vexatious litigant and impose appropriate sanctions.

**SO ORDERED.**

SIGNED December 15, 2025.

_____
**UNITED STATES DISTRICT JUDGE**